# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 98-30811
_____

## JOSEPH F. HARRISON,

### Plaintiff-Appellant,

### versus

## SF BROADCASTING OF NEW ORLEANS, INC.,
## doing business as WVUE-TV; FOX BROADCASTING COMPANY

### Defendants-Appellees.

_____

### Appeal from the United States District Court
### for the Eastern District of Louisiana
### (98-CV-1107-G)
_____

September 13, 1999

Before DUHE,  BARKSDALE, and EMILIO M. GARZA, Circuit Judges:

PER CURIAM:[*]

**AFFIRMED.  See 5th Cir. Rule 47.6.**

---

[*]Pursuant to 5ᵀᴴ CɪR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CɪR. R. 47.5.4.